# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

---

**CASE NUMBER: CR05-39S** **August 25, 2005**

**TITLE: USA V. CHARLES POWELL**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 10:33 a.m. - 11:06 a.m.**

---

**COUNSEL PRESENT:** **Government - James Leavey, AUSA**
**Defendant - Kevin J. Fitzgerald, Esquire**
**Probation - Michael Perry**

**<u>RE: Sentencing</u>**

**<u>Proceedings:</u> All counsel of record present; Defendant present; no objections to the PSR; Court accepts the PSR as drafted; Government recommends a minimum sentence of the guideline range; Defense Counsel asked the Court to consider a two (2) point enhancement; Defendant addresses his statements to the Court; Court imposes 84 months as to Counts I and II to be served concurrently with each other; S/R 3 years as to Counts I and II to run concurrently with each other; Restitution in the amount of $8,415.00 to be paid to the victims (Washington Trust $2,675.00; Bank RI $5,740.00); no fine; S/A $200.00; The defendant shall participate in a Mental Health Treatment Program/Substance Abuse Program which may include testing (up to 72 tests per year) as approved by the U.S. Probation Office; Defendant remanded into custody.**